IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**Selena Boston, Jalisa Rhode, Lutisha Martinez and Lanette Washington,**

   Plaintiffs,

      v.

**Micah Sierra (Katt) Williams, Tatiana Smith and John Does 1-15**,

   Defendants.

CIVIL ACTION FILE
NO. 1:22-cv-261-WMR

ORDER

WHEREAS, the Plaintiffs filed this action on January 21, 2022 [Doc 1];

WHEREAS, on August 16, 2022, the Court Ordered the Plaintiffs to provide proof of service on the Defendants on or before August 30, 2022 [Doc 17];

WHEREAS, on August 31, 2022, the Plaintiffs requested an extension of time to perfect service [Doc 18]; and,

WHEREAS, on September 9, 2022, the Court granted Plaintiffs' request and extended the deadline to serve the Defendants an additional forty-five (45) [Doc 19];

NOW, THEREFORE, it is hereby ORDERED as follows:

1.

More than ten (10) months have passed since the filing of the Complaint. Sixty-one (61) days have passed since the Court's Order allowing additional time to perfect service. As Plaintiffs have failed to serve the Defendants and have failed to comply with the September 9, 2022 Order, this case is **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED, this 8th day of November 2022.

_____
WILLIAM M. RAY, II
United States District Judge