# IN THE UNITED STATES DISTRICT COURT
# NOTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Selena Boston, Jalisa Rhodes, ) | |
| Lutisha Martinez, and Lanette Washington, ) | |
| ) | **CIVIL FILE ACTION NO**. |
| Plaintiffs, ) | _1:22-CV-00261_ |
| v. ) | |
| ) | |
| Micah Sierra 'Katt' Williams, Tatiana ) | |
| Smith and John Doe 1-15, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR RECONSIDERATION

COMES NOW Selena Boston, Jalisa Rhodes, Lutisha Roberts and Lanette Washington, plaintiffs in the above-styled action, by and through their counsel, and file this their Motion For Reconsideration and state as follows:

1.

Plaintiffs filed their Complaint for Damages in the above-styled civil matter on January 24, 2022.

2.

On February 9, 2022 this Court entered an Order directing the U.S. Marshal's Office to serve the defendants. [Doc. 15]

3.

Plaintiffs have made numerous attempts to serve the defendants with process utilizing both private process servers and the U.S. Marshal's Office.

4.

Plaintiffs motioned this Court for additional time in order to collect necessary information from the U.S. Marshal's Office in order to comply with the Court's Order granting plaintiff 45 days to comply. [Doc. 17]

5.

Plaintiffs did not receive process service information from the U.S. Marshal's Office until Wednesday, November 9, 2022. [See attached Declaration of Loletha Denise Hale, Esq.]

6.

This Court entered subject Order dismissing plaintiff's Complaint without prejudice on November 10, 2022.

Based upon the foregoing, plaintiffs respectfully request this Court reconsider the dismissal of this case and permit plaintiffs to file proof of service/non-service in compliance with this previous Order.

(Signature Page Follows)

This the 14th day of November 2022.

                **HALE LAW FIRM, P.C.**

                **/s/LOLETHA DENISE HALE**
                **LOLETHA DENISE HALE, ESQ.**
                Georgia Bar No.  317523

Attorney for Plaintiffs
Post Office Box 793
Jonesboro, Georgia  30237
Ph: 678.610.0970
halelawfirmpc@yahoo.com

## **LR 5.1 CERTIFICATION**

The above-signed counsel certify that this document has been prepared with 14 point Times New Roman Font.