IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| Selena Boston, Jalisa Rhode, Lutisha Martinez and Lanette Washington, | |
|---|---|
| Plaintiffs, | |
| v. | CIVIL ACTION FILE NO. 1:22-cv-261-WMR |
| Micah Sierra (Katt) Williams, Tatiana Smith and John Does 1-15, | |
| Defendants. | |

## ORDER DENYING MOTION FOR RECONSIDERATION

Plaintiffs' Motion for Reconsideration [Doc 22] is hereby DENIED on the grounds that while Plaintiffs imply in Paragraph Five (5) of the Motion for Reconsideration that service of process has been perfected utilizing the U.S. Marshal's Office, and that information regarding service is contained in the Declaration of Loletha Denise Hale which is attached to the Motion for Reconsideration, said Declaration is not attached to the Motion for Reconsideration and has not been filed on the docket as a separate document. Therefore, Plaintiffs' Motion for Reconsideration is DENIED.

This 14th day of November, 2022.

_William M. Ray II_
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE